AO 91 (Rev. 5/95) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____SOUTHERN DISTRICT OF TEXAS_____
BROWNSVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| V | **CRIMINAL COMPLAINT** |
| **GARCIA FLORES, OSCAR** <br> A201 520 418 | CASE NUMBER: 1:19-**PO 006** |

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  01/28/2019  in Cameron County, in the SOUTHERN District of TEXAS defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by concealment of a material fact, and in furtherance of such violation presented a United States Birth Certificate and declared to be a citizen of the United States,

in violation of Title  8  United States Code, Section(s)  1325 (a)(3) .

I further state that I am a (n) Customs and Border Protection Officer and that this complaint is based on the following facts:

   The defendant attempted to gain illegal entry into the United States through the Brownsville & Matamoros International Bridge in Brownsville, Texas. The defendant presented a United States Birth Certificate from the state of Texas bearing the name of Roberto Alejandro Reyes and further claimed to be said person to a U.S. Customs and Border Protection Officer. In Customs and Border Protection secondary it was determined that the defendant is not the rightful owner of the document presented. Furthermore it was determined that the defendant is a citizen and national of Mexico with no legal status to enter or be in the United States.

Defendant had $35.00 USD and $800 Mexican Pesos.

**Continued on the attached sheet and made a part hereof:**   ___ Yes   X  No

/s/
Rebecca Longoria CBPEO
Signature of Complainant

**Sworn to before me and subscribed in my presence,**

**January 29, 2019**                                    at          BROWNSVILLE, TEXAS
Date                                                              City and State

**IGNACIO TORTEYA III U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                        Signature of Judicial Officer